No. 207, Misc. ATCHLEY *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 209, Misc. LONG *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 216, Misc. IN RE CULVER. C. A. 3d Cir. Certiorari denied.

No. 218, Misc. DION *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 220, Misc. JONES *v.* MOORE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 224, Misc. CROSS *v.* TUSTIN ET AL. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 232, Misc. PUNGRATZ *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 233, Misc. BRYANT *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 234, Misc. COUNT *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 238, Misc. GAY ET AL. *v.* UTAH. Supreme Court of Utah. Certiorari denied.